**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1673**

_____

MIKE WILLOUGHBY,

                Plaintiff - Appellant,

      v.

HENRICO COUNTY; OWEN I. ASHMAN; LEE A. HARRIS, JR.;
COMMONWEALTH OF VIRGINIA; HENRICO COUNTY COMMONWEALTH'S
ATTORNEY OFFICE,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Henry E. Hudson, District
Judge. (3:14-cv-00223-HEH)

_____

Submitted: October 16, 2014     Decided: October 20, 2014

_____

Before MOTZ, WYNN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Mike Willoughby, Appellant Pro Se. Andrew Ramsey Newby, OFFICE
OF THE COUNTY ATTORNEY, Henrico, Virginia; Sherry A. Fox,
THOMPSON MCMULLAN PC, Richmond, Virginia; Erin Rose McNeill,
Assistant Attorney General, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mike Willoughby appeals the district court's order denying relief on his complaint under 42 U.S.C. § 12132 (2012), 42 U.S.C. § 1983 (2012), and state negligence law. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Willoughby v. Henrico Cnty.</u>, No. 3:14-cv-00223-HEH (E.D. Va. June 27, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>